*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

**Caring Professionals Inc**
70-20 Austin Street #135
Forest Hills, NY 11375
(718) 897-2273

**Check Date** 07/06/2016

**Check Number** 331701

Pay this Amount: Three Hundred Sixty-One Dollars And Three Cents ***************************

Payroll Check ******** 361.03

Cash ONLY at JPMorgan Chase

*VOID - This is not a check*

4515  35982  07/06/16  331701

Pay to the order of:
**ALEXANDER POLACK**
477 PHILIP AVE
STATEN ISLAND, NY 10312

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

| Emp Id | 35982 | Loc | 30 | Period Begin | 06/13/16 | Net Pay | 361.03 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 06/10/10 | Period End | 06/26/16 | | |
| | | Status | A | Check Type | Reg | Net Check | 361.03 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 8.00 | 10.000 | 80.00 | 10,152.50 |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| In-Service OT | 0.00 | | 0.00 | 83.58 |
| Holiday | 0.00 | | 0.00 | 440.00 |
| | 80.00 | | 800.00 | 10,676.08 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 426.00 | 9.72 | 85.70 |
| OASDI | | 426.00 | 26.41 | 328.08 |
| Medicare | | 426.00 | 6.18 | 76.73 |
| New York SITW | M-0 | 426.00 | 4.89 | 47.30 |
| NY Disability - EE | | 0.00 | 1.20 | 16.40 |
| New York, NY (Res) | M-0 | 426.00 | 4.07 | 45.24 |
| | | | 52.47 | 599.45 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Medical EE + 1 | 374.00 | 5,384.43 ⊖ |
| Union | 12.50 | 37.50 |
| | 386.50 | 5,421.93 |

⊖ This code is not included in your Federal taxable wages.

### Pay Check Summary to Check 331701

| | |
|---|---|
| Total Gross Pay | 800.00 |
| Federal Taxes | -42.31 |
| State and Local Taxes | -10.16 |
| Other Deductions | -386.50 |
| Net Pay | 361.03 |
| Direct Deposits | 0.00 |
| Net Check | 361.03 |

### Additional Information

Unused Vacation and Sick pay will be paid out at year end if you are actively working. Please DO NOT call to office to request payment.

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

**Caring Professionals Inc**
70-20 Austin Street  #135
Forest Hills, NY 11375
(718) 897-2273

**Check Date**
07/20/2016

**Check Number**
331952

Payroll Check

Pay this
Amount:  Three Hundred Sixty-Seven Dollars And Fourteen Cents ************************  ******** 367.14

Cash ONLY at JPMorgan Chase

*VOID - This is not a check*

4515  35982  07/20/16  331952

Pay to
the order of:  **ALEXANDER POLACK**
477 PHILIP AVE
STATEN ISLAND, NY 10312

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

### ALEXANDER POLACK — July 20, 2016 — 331952

| Emp Id | 35982 | Loc | 30 | Period Begin | 06/27/16 | Net Pay | 367.14 |
|---|---|---|---|---|---|---|---|
| SSN |  | Hire Date | 06/10/10 | Period End | 07/10/16 |  |  |
|  |  | Status | A | Check Type | Reg | Net Check | 367.14 |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 8.00 | 10.000 | 80.00 | 10,872.50 |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| Regular | 8.00 | 10.000 | 80.00 |  |
| In-Service OT | 0.00 |  | 0.00 | 83.58 |
| Holiday | 8.00 | 11.000 | 88.00 | 528.00 |
|  | 80.00 |  | 808.00 | 11,484.08 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 434.00 | 10.52 | 96.22 |
| OASDI |  | 434.00 | 26.91 | 354.99 |
| Medicare |  | 434.00 | 6.29 | 83.02 |
| New York SITW | M-0 | 434.00 | 5.21 | 52.51 |
| NY Disability - EE |  | 0.00 | 1.20 | 17.60 |
| New York, NY (Res) | M-0 | 434.00 | 4.23 | 49.47 |
|  |  |  | 54.36 | 653.81 |

| Other Deductions from Pay |  | Current Amt | Ytd Amt |
|---|---|---|---|
| Medical EE + 1 |  | 374.00 | 5,758.43 @ |
| Union |  | 12.50 | 50.00 |
|  |  | 386.50 | 5,808.43 |

@ This code is not included in your Federal taxable wages.

#### Payroll Summary of Check 331952

| Total Gross Pay | 808.00 |
|---|---|
| Federal Taxes | -43.72 |
| State and Local Taxes | -10.64 |
| Other Deductions | -386.50 |
| Net Pay | 367.14 |
| Direct Deposits | 0.00 |
| Net Check | 367.14 |

#### Additional Information

Unused Vacation and Sick pay will be paid out at year end if you are actively working. Please DO NOT call to office to request payment.

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

**Caring Professionals Inc**  
70-20 Austin Street #135  
Forest Hills, NY 11375  
(718) 897-2273  

**Check Date** 08/03/2016    **Check Number** 332195  

Payroll Check

Pay this Amount: Three Hundred Sixty-One Dollars And Three Cents *************************   ******** 361.03

Cash ONLY at JPMorgan Chase

*VOID - This is not a check*

4515  35982  08/03/16  332195  
Pay to the order of: **ALEXANDER POLACK**  
477 PHILIP AVE  
STATEN ISLAND, NY 10312  

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

---

**ALEXANDER POLACK**                          **August 03, 2016**                          **332195**

| Emp Id | 35982 | Loc | 30 | Period Begin | 07/11/16 | Net Pay | 361.03 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 06/10/10 | Period End | 07/24/16 | | |
| | | Status | A | Check Type | Reg | Net Check | 361.03 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 8.00 | 10.000 | 80.00 | 11,672.50 |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| In-Service OT | 0.00 | | 0.00 | 83.58 |
| Holiday | 0.00 | | 0.00 | 528.00 |
| | 80.00 | | 800.00 | 12,284.08 |

### Payment Summary for Check 332195

| | |
|---|---|
| Total Gross Pay | 800.00 |
| Federal Taxes | -42.31 |
| State and Local Taxes | -10.16 |
| Other Deductions | -386.50 |
| Net Pay | 361.03 |
| Direct Deposits | 0.00 |
| Net Check | 361.03 |

### Additional Information

Unused Vacation and Sick pay will be paid out at year end if you are actively working. Please DO NOT call to office to request payment.

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 426.00 | 9.72 | 105.94 |
| OASDI | | 426.00 | 26.41 | 361.40 |
| Medicare | | 426.00 | 6.18 | 89.20 |
| New York SITW | M-0 | 426.00 | 4.89 | 57.40 |
| NY Disability - EE | | 0.00 | 1.20 | 18.80 |
| New York, NY (Res) | M-0 | 426.00 | 4.07 | 53.54 |
| | | | 52.47 | 706.28 |

| Other Deductions from Pay | | Current Amt | Ytd Amt |
|---|---|---|---|
| Medical EE + 1 | | 374.00 | 6,132.43 ⊖ |
| Union | | 12.50 | 62.50 |
| | | 386.50 | 6,194.93 |

⊖ This code is not included in your Federal taxable wages.

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

**Caring Professionals Inc**
70-20 Austin Street #135
Forest Hills, NY 11375
(718) 897-2273

**Check Date** 08/17/2016     **Check Number** 332449

Pay this Amount: Three Hundred Forty-One Dollars And Fifteen Cents ************************     Payroll Check ********* 341.15

Cash ONLY at JPMorgan Chase

*VOID - This is not a check*

4515  35982  08/17/16  332449

Pay to the order of:   **ALEXANDER POLACK**
477 PHILIP AVE
STATEN ISLAND, NY 10312

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

ALEXANDER POLACK                    August 17, 2016                    332449

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 35982 | Loc | 30 | Period Begin | 07/25/16 | Net Pay | 341.15 |
| SSN | | Hire Date | 06/10/10 | Period End | 08/07/16 | | |
| | | Status | A | Check Type | Reg | Net Check | 341.15 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 8.00 | 10.000 | 80.00 | 12,072.50 |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| Regular | 8.00 | 10.000 | 80.00 | |
| In-Service OT | 0.00 | | 0.00 | 83.58 |
| Holiday | 0.00 | | 0.00 | 528.00 |
| | 40.00 | | 400.00 | 12,684.08 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 400.00 | 7.12 | 113.06 |
| OASDI | | 400.00 | 24.80 | 406.20 |
| Medicare | | 400.00 | 5.80 | 95.00 |
| New York SITW | M-0 | 400.00 | 3.85 | 61.25 |
| NY Disability - EE | | 0.00 | 1.20 | 20.00 |
| New York, NY (Res) | M-0 | 400.00 | 3.58 | 57.12 |
| | | | 46.35 | 752.63 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Medical EE + 1 | 0.00 | 6,132.43 ❷ |
| Union | 12.50 | 75.00 |
| | 12.50 | 6,207.43 |

❷ This code is not included in your Federal taxable wages.

### Payroll Summary for Check 332449

| | |
|---|---|
| Total Gross Pay | 400.00 |
| Federal Taxes | -37.72 |
| State and Local Taxes | -8.63 |
| Other Deductions | -12.50 |
| Net Pay | 341.15 |
| Direct Deposits | 0.00 |
| Net Check | 341.15 |

### Additional Information

Unused Vacation and Sick pay will be paid out at year end if you are actively working. Please DO NOT call to office to request payment.

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

**Caring Professionals Inc**
70-20 Austin Street  #135
Forest Hills, NY 11375
(718) 897-2273

| Check Date | Check Number |
|---|---|
| 08/31/2016 | 332704 |

Payroll Check

Pay this Amount: Sixty Dollars And Ninety-Eight Cents ***************************          ********* 60.98

Cash ONLY at JPMorgan Chase

*VOID - This is not a check*

4515  35982  08/31/16  332704
Pay to the order of: **ALEXANDER POLACK**
477 PHILIP AVE
STATEN ISLAND, NY 10312

*VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check VOID - This is not a check*

ALEXANDER POLACK                        August 31, 2016                              60.98

| Emp Id | 35982 | Loc | 30 | Period Begin | 08/08/16 | Net Pay | 60.98 |
| SSN |  | Hire Date | 06/10/10 | Period End | 08/21/16 |  |  |
|  |  | Status | A | Check Type | Reg | Net Check | 60.98 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 8.00 | 10.000 | 80.00 | 12,152.50 |
| In-Service OT | 0.00 |  | 0.00 | 83.58 |
| Holiday | 0.00 |  | 0.00 | 528.00 |
|  | 8.00 |  | 80.00 | 12,764.08 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 80.00 | 0.00 | 113.06 |
| OASDI |  | 80.00 | 4.96 | 411.16 |
| Medicare |  | 80.00 | 1.16 | 96.16 |
| New York SITW | M-0 | 80.00 | 0.00 | 61.25 |
| NY Disability - EE |  | 0.00 | 0.40 | 20.40 |
| New York, NY (Res) | M-0 | 80.00 | 0.00 | 57.12 |
|  |  |  | 6.52 | 759.15 |

| Other Deductions from Pay |  | Current Amt | Ytd Amt |
|---|---|---|---|
| Medical EE + 1 |  | 0.00 | 6,132.43 ❷ |
| Union |  | 12.50 | 87.50 |
|  |  | 12.50 | 6,219.93 |

❷ This code is not included in your Federal taxable wages.

### Payment Summary for Check 332704

| Total Gross Pay | 80.00 |
| Federal Taxes | -6.12 |
| State and Local Taxes | -0.40 |
| Other Deductions | -12.50 |
| Net Pay | 60.98 |
| Direct Deposits | 0.00 |
| Net Check | 60.98 |

### Additional Information

Unused Vacation and Sick pay will be paid out at year end if you are actively working. Please DO NOT call to office to request payment.

**Welcome Care Inc.**  **Earnings Statement**
1090 Coney Island Avenue
Brooklyn, NY 11230
(718) 232-4850

Check Date: August 26, 2016
Period Beginning: August 01, 2016
Period Ending: August 14, 2016

Employee Number: 880   Department: 100   Check Number: 92103
Net Pay: 293.41
Check Amount: 293.41

**Inna Polack**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| M-F | 10.7500 | 30.00 | 322.50 | 264.00 | 2838.00 |
| Holiday Pay | | | | | 32.00 |
| **Total Gross Pay** | | 30.00 | 322.50 | 264.00 | 2870.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 322.50 | 4.68 | 41.62 |
| OASDI | | 322.50 | 19.99 | 177.94 |
| New York, NY (Res) | S/0 | 322.50 | 2.47 | 18.57 |
| Federal Income Tax | M/0 | 322.50 | | 1.94 |
| New York SITW | M/0 | 322.50 | 0.75 | 6.53 |
| NY Disability - EE | | 322.50 | 1.20 | 11.31 |
| **Total Tax Withholding** | | | 29.09 | 257.91 |

**Deductions**  Amount  YTD Amt
No Deductions

**Direct Deposits**  Account  Amount
No Direct Deposits

**Benefits**  Hours  Amount  YTD Hrs  YTD Amt

**Accruals**  Dollars

PAYROLL BY BenefitMall

1090 Coney Island Avenue
Brooklyn, NY 11230
(718) 232-4850

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Check Date: | | August 12, 2016 |
| | | | | | Period Beginning: | | July 18, 2016 |
| | | | | | Period Ending: | | July 31, 2016 |
| | | Employee Number | 880 | Department | 100 | Check Number | 91745 |
| | | | | | | Net Pay | 293.40 |
| | | | | | | Check Amount | 293.40 |

**Inna Polack**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| M-F | 10.7500 | 30.00 | 322.50 | 234.00 | 2515.50 |
| Holiday Pay | | | | | 32.00 |
| **Total Gross Pay** | | 30.00 | 322.50 | 234.00 | 2547.50 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 322.50 | 4.68 | 36.9 |
| OASDI | | 322.50 | 20.00 | 157.9 |
| New York, NY (Res) | S/0 | 322.50 | 2.47 | 16.1 |
| Federal Income Tax | M/0 | 322.50 | | 1.9 |
| New York SITW | M/0 | 322.50 | 0.75 | 5.7 |
| NY Disability - EE | | 322.50 | 1.20 | 10.1 |
| **Total Tax Withholding** | | | 29.10 | 228.8 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollar |
|---|---|---|---|


PAYROLL BY BenefitMail